_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 01, 2013

Jessica C.K. Boelter (IL SBN 6277801)
Thomas A. Labuda, Jr. (IL SBN 6225401)
Matthew G. Martinez (IL SBN 6297132)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Reorganization Counsel for Debtors
and Debtors in Possession

Donald A. Lattin (NV SBN 693)
Christopher D. Jaime (NV SBN 4640)
MAUPIN, COX & LEGOY, P.C.
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
dlattin@mclrenolaw.com
cjaime@mclrenolaw.com

Local Reorganization Counsel for Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

RODEO CREEK GOLD INC.

☐ Affects this Debtor
☒ Affects all Debtors
☐ Affects Antler Peak Gold Inc.
☐ Affects Hollister Venture Corporation
☐ Affects Touchstone Resources Company

_____

CARLOS BRAUN,

    Plaintiff,

vs.

RODEO CREEK GOLD, INC., a
Nevada Corporation,

    Defendant.

Chapter 11

Case No. 13-50301 (MKN)

Jointly Administered

ADV. NO. 13-05023-MKN

**ORDER APPROVING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

(No Hearing Required)

The Court has reviewed the *Stipulation Extending Time for Defendant to Respond to Complaint* ("Stipulation") filed in the above-captioned adversary proceeding. Good cause appearing, IT IS HEREBY ORDERED:

1. The Stipulation is in all respects APPROVED.

2. The extension to and including Monday, July 29, 2013, for Defendant to respond to the *Adversary Complaint, Proof of Claim and Jury Demand* filed in the above-captioned adversary proceeding on May 10, 2013 [Adv. Dkt. 1] as provided for in the Stipulation is incorporated herein by this reference and as incorporated is GRANTED.

**Submitted by:**
MAUPIN, COX & LEGOY

By: /s/ Christopher D. Jaime
    Christopher D. Jaime, Esq., #4640

Local Reorganization Counsel for Debtors
and Debtors in Possession/Defendant

**APPROVED:**

By: /s/ Jeffrey A. Dickerson
    Jeffrey A. Dickerson, Nev. Bar #2690
    9585 Prototype Ct., Ste. A
    Reno, Nevada, 89521
    Telephone: (775) 786-6664
    Facsimile: (775) 786-7466

Attorney for Plaintiff

###